COMMONWEALTH OF MASSACHUSETTS

SUFFOLK, SS                                   SUPREME JUDICIAL COURT
                                              FOR SUFFOLK COUNTY
                                              BD-2023-0108

IN RE: JAMES A. McLAUGHLIN

**JUDGMENT OF REINSTATEMENT PURSUANT
TO S.J.C. RULE 4:01, § 18 (1) (a) and (c)**

This matter came before the Court, Georges, J., on the lawyer's affidavit of compliance seeking reinstatement to the practice of law pursuant to S.J.C. Rule 4:01, §18 (1) (a) and (c).

On November 14, 2024, the lawyer filed an affidavit of compliance and on November 15, 2025, assistant bar counsel filed a waiver of hearing and assent to the entry of an order of reinstatement.

Upon consideration thereof, it is ORDERED and ADJUDGED that James A. McLaughlin is hereby reinstated as a member of the bar of the Commonwealth of Massachusetts forthwith.

By the Court, (Georges, J.)

_____
Maura S. Doyle, Clerk

Dated: December 3, 2024